IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| - vs.- | ) |
| | ) **JURY TRIAL DEMANDED** |
| BLACK & DECKER (US) INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Irwin Industrial Tool Co. ("Irwin") complains against Black & Decker (US) Inc. ("B&D") as follows:

### Nature of the Case

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

### Parties

2. Irwin is Delaware corporation with its principal place of business in Huntersville, North Carolina. Irwin is a leading manufacturer of professional grade hand tools and power tool accessories.

3. On information and belief, Black & Decker (US) Inc. is a Maryland corporation having its principal place of business in Towson, Maryland. Black & Decker (US) Inc. manufactures and sells tools throughout the United States, including in this State and District.

**Jurisdiction and Venue**

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the patent laws of the United States, including 35 U.S.C. § 271.

5. This Court has personal jurisdiction over B&D because B&D does business in this State and, on information and belief, has committed acts of infringement in this State and District.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1392(b) and 1400(b).

**COUNT—PATENT INFRINGEMENT**

7. On June 28, 2005, the United States Patent & Trademark Office issued U.S. Patent No. 6,935,034 B2, entitled "Laser Line Generating Device" (the '034 patent").

8. A true and correct copy of the '034 patent is attached hereto as Exhibit A.

9. Irwin is the owner of all right, title and interest in and to the '034 patent, including the right to seek redress for infringement thereof.

10. B&D has infringed, and continues to infringe, the '034 patent, by making, using, selling, offering to sell, and/or importing products in the United Sates that are within the scope of one or more claims of the '034 patent.

11. B&D has also contributed to and/or induced the infringement of the '034 patent by others.

12. B&D's infringement, contributory infringement, and inducement of infringement entitles Irwin to money damages in an amount no less then a reasonable royalty.

13. B&D's infringement in ongoing and, unless enjoined by this Court, will cause Irwin irreparable harm.

WHEREFORE, Irwin prays that this Honorable Court enter final judgment in Irwin's favor and against B&D as follows:

A. That B&D has infringed the '034 patent;

B. That B&D shall pay to Irwin damages not less than a reasonable royalty adequate to compensate Irwin for B&D's infringement of the '034 patent;

C. That B&D shall pay to Irwin prejudgment interest for the period beginning when B&D's infringement commenced;

D. If the facts demonstrate that that B&D's infringement was willful, that B&D shall pay to Irwin increased damages pursuant to 35 U.S.C. § 284.

E. That B&D, its subsidiaries, successors, parents, affiliates, agents, servants, employees, and all persons acting in active concert with them, be permanently enjoined from further making, using, selling, offering to sell, and importing products that infringe, or contribute to or induce the infringement by others of, the '034 patent.

F. If the facts demonstrate that this an exceptional case pursuant to U.S.C. § 285, that B&D shall compensate Irwin for its attorneys' fees and costs incurred in prosecuting this action

G. That Irwin shall be granted such further relief as this Court deems just and reasonable under the circumstances.

## JURY DEMAND

Irwin hereby requests trial by jury on all issues properly so triable.

OF COUNSEL:

Jeffrey H. Dean
Cullen N. Pendleton
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)

DATED: October 14, 2005

703406

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
Tel. (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Counsel for Plaintiff
IRWIN INDUSTRIAL TOOL CO.