# United States District Court

## District of Delaware

IRWIN INDUSTRIAL TOOL CO.,

    Plaintiff,

v.

BLACK & DECKER (US) INC.

    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 731 -

TO: (Name and Address of Defendant)

BLACK & DECKER (US) INC.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          10/14/05
CLERK                                               DATE
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 10/17/05 |
|---|---|
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): PERSONALLY SERVED BLACK + DECKER (US) INC BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 12:40 PM PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/17/05
Date

Signature of Server

Address of Server: PARCELS INC
230 N. MARKET ST
WILM DE 19801

703455

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.