IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., ) | |
| ) | |
| Plaintiff, ) | CA. No. 05-731 (GMS) |
| ) | |
| v ) | |
| ) | **JURY TRIAL DEMANDED** |
| BLACK & DECKER (US) INC., ) | |
| ) | |
| Defendant. ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Irwin Industrial Tool Co. is a Delaware corporation and a wholly owned subsidiary of Newell Rubbermaid Inc., which is a publicly-traded company in which no one person or entity owns more than 10% of its outstanding stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey H. Dean
Cullen N. Pendleton
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)

DATED: October 21, 2005

704482

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
Tel. (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Counsel for Plaintiff
IRWIN INDUSTRIAL TOOL CO.