IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> BLACK & DECKER (US) INC., ) <br> ) <br> Defendant. ) | C.A. No. 05-731 (___) <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jeffrey H. Dean and Cullen N. Pendleton, Ph.D., of Marshall Gerstein & Borun LLP, 6300 Sears Tower, Chicago, Illinois 60606, to represent plaintiff Irwin Industrial Tool Co., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: October 25, 2005

704066

*Attorneys for Plaintiff*
*Irwin Industrial Tool Co.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 25, 2005     Signed:  */s/ Jeffrey H. Dean*
                                     Jeffrey H. Dean
                                     MARSHALL GERSTEIN & BORUN LLP
                                     6300 Sears Tower
                                     Chicago, Illinois 60606
                                     Telephone: (312) 474-6300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date:  October 25, 2005    Signed:    */s/ Cullen N. Pendleton*
                                                         Cullen N. Pendleton, Ph.D.
                                                         MARSHALL GERSTEIN & BORUN LLP
                                                         6300 Sears Tower
                                                         Chicago, Illinois 60606
                                                         Telephone: (312) 474-6300