IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-731-GMS |
| v. ) | |
| ) | |
| BLACK & DECKER (US) INC., ) | |
| ) | |
| Defendant. ) | |

**BLACK & DECKER'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT, AND DEMAND FOR JURY TRIAL**

Defendant, Black & Decker (U.S.) Inc. ("Black & Decker"), answers the complaint of plaintiff, Irwin Industrial Tool Co. ("Irwin") as follows:

1.  Black & Decker admits that this is a claim for patent infringement under the patent laws of the United States.

**Parties**

2.  Black & Decker admits that Irwin manufactures hand tools and power tool accessories. Black & Decker is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 2.

3.  Black & Decker admits that Black & Decker (U.S.) Inc. is a Maryland corporation having its principal place of business in Towson, Maryland and that it manufactures and markets power tools which are sold in this State and District. As to the remaining allegations, Black & Decker is without sufficient knowledge or information to form a belief as to the truth of the allegations because of the ambiguity as to the meaning of the phrase "throughout the United States" as used by Irwin in this context.

**Jurisdiction and Venue**

4. Admitted.

5. Black & Decker admits that this Court has personal jurisdiction over it in this matter, but denies the remaining allegations of Paragraph 5.

6. Admitted that venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**Count – Patent Infringement**

7. Black & Decker admits that Exhibit A to the Complaint purports to be a copy of U.S. Patent No. 6,935,034 B2, entitled "Laser Line Generating Device." Black & Decker is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7.

8. Black & Decker admits that Exhibit A to the Complaint purports to be a copy of U.S. Patent No. 6,935,034 B2, entitled "Laser Line Generating Device." Black & Decker is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8.

9. Black & Decker is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

## FIRST AFFIRMATIVE DEFENSE

Black & Decker does not infringe, has not infringed, does not induce, and has not induced infringement of the '034 patent either directly or indirectly.

## SECOND AFFIRMATIVE DEFENSE

A reasonable opportunity for investigation or discovery is likely to provide evidentiary support that claims of the '034 patent are invalid for failure to satisfy the requirements of patentability of the United States Patent Laws, including, but not limited, to 35 U.S.C. §§ 101, 102, 103 and/or 112.

## COUNTERCLAIMS

Plaintiff-in-Counterclaim, Black & Decker, alleges for its Counterclaims against Irwin Industrial Tool Co., as follows:

### Nature of the Case

14.     This is an action for declaratory relief arising under the United States Patent Laws, 35 U.S.C. § 1, et seq., and the Declaratory Judgment Statute, 28 U.S.C. §2201.

### Parties

15.     Counter-plaintiff Black & Decker is a Maryland corporation with its principal place of business in Towson, Maryland.

16.     Counter-defendant Irwin alleges in this action to be a Delaware corporation with its principal place of business is Huntersville, North Carolina.

**Jurisdiction and Venue**

17. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338, and 2201.

18. This Court has personal jurisdiction over counter-defendant Irwin, and venue is proper in this District, because Irwin has consented thereto by filing the underlying patent infringement lawsuit in this District against Black & Decker.

19. By its Complaint, Irwin has submitted itself to the jurisdiction of this Court and has created an actual controversy with Black & Decker.

**COUNT I**
**DECLARATORY JUDGMENT**
**OF NONINFRINGEMENT OF THE '034 PATENT**

20. Black & Decker incorporates paragraphs 14-19 of its counterclaims as if fully restated herein.

21. Black & Decker does not infringe, has not infringed, does not induce, and has not induced infringement of the '034 patent either directly or indirectly.

**COUNT II**
**DECLARATORY JUDGMENT**
**OF PATENT INVALIDITY OF THE '034 PATENT**

22. Black & Decker incorporates paragraphs 14-19 of its counterclaims as if fully restated herein.

23. A reasonable opportunity for investigation or discovery is likely to provide evidentiary support that claims of the '034 patent are invalid for failure to satisfy the

requirements of patentability of the United States Patent Laws, including, but not limited, to 35 U.S.C. §§ 101, 102, 103 and/or 112.

## Prayer for Relief

WHEREFORE, Black & Decker respectfully requests that the Court grant the following relief:

A.   A judgment on Irwin's complaint in favor of Black & Decker, and against Irwin, and deny Irwin any relief in connection therewith;

B.   A judgment declaring that Black & Decker does not infringe any valid claim of U.S. Patent No. 6,935,034 B2;

C.   A judgment declaring that each of the claims of U.S. Patent No. 6,935,034 B2 is invalid; and

D.   An award to Black & Decker of such other and further relief as this Court deems just and reasonable under the circumstances.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Black & Decker hereby respectfully requests a trial by jury of all issues properly so triable.

                                              ASHBY & GEDDES

                                              */s/ Steven J. Balick*

                                              _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Raymond P. Niro
Dean D. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Dated: November 3, 2005
163157.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2005, the attached **BLACK & DECKER'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT, AND DEMAND FOR JURY TRIAL** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899


Jeffrey H. Dean, Esquire                                       VIA FEDERAL EXPRESS
Marshall Gerstein & Borun LLP
6300 Sears Tower
Chicago, IL 60606


                                                               */s/ Steven J. Balick*
                                                               _____
                                                               Steven J. Balick