IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IRWIN INDUSTRIAL TOOL CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C. A. No. 05-731-GMS |
| | ) | |
| BLACK & DECKER (US) INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY OF PLAINTIFF IRWIN
TO THE COUNTERCLAIM OF BLACK & DECKER**

For its reply to the counterclaim of defendant Black & Decker (US) Inc., plaintiff Irwin Industrial Tool Co. states as follows:

**Nature of the Case**

14.    Admitted.

**Parties**

15.    Irwin admits that Black & Decker alleges that it is a Maryland corporation with its principal place of business in Towson, Maryland.

16.    Admitted.

**Jurisdiction and Venue**

17.    Admitted.

18.    Admitted.

19.    Admitted.

## Count I
## Declaratory Judgment
## of Noninfringement of the '034 Patent

20.     Irwin incorporates its answers to paragraphs 14-19 as if fully restated herein.

21.     Denied.

## Count II
## Declaratory Judgment
## of Patent Invalidity of the '034 Patent

22.     Irwin incorporates its answers to paragraphs 14-19 as if fully restated herein.

23.     Denied.

## Prayer for Relief

WHEREFORE, Irwin respectfully requests that the Court grants the following relief:

A.     Judgment against Black & Decker and in favor of Irwin that Black & Decker infringes U.S. Patent No. 6,935,034 B2;

B.     Judgment against Black & Decker and in favor of Irwin that the claims of U.S. Patent No 6,935,034 B2 are valid;

C.     Judgment that Black & Decker shall pay to Irwin prejudgment interest for the period beginning when Black & Decker's infringement commenced;

D.     If the facts demonstrate that Black & Decker's infringement was willful, judgment that Black & Decker shall pay to Irwin increased damages pursuant to 35 U.S.C. § 284;

E.     Judgment that Black & Decker, its subsidiaries, successors, parents, affiliates, agents, servants, employees, and all persons acting in active concert with them,

be permanently enjoined from further making, using, selling, offering to sell, and importing products that infringe or contribute to or induce the infringement by others of, the '034 patent;

  F. If the facts demonstrate that this is an exceptional case pursuant to U.S.C. 285, judgment that Black & Decker shall compensate Irwin for its attorneys' fees and costs incurred in prosecuting this action;

  G. Judgment granting Irwin such further relief as this Court deems just and reasonable under the circumstances.

### Jury Demand

Pursuant to Fed. R. Civ. P. 38(b), Irwin hereby respectfully requests a trial by jury of all issues properly so triable.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Jeffrey H. Dean
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

Dated: November 23, 2005

*Attorneys for Plaintiff*

708663

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 23, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on November 23, 2005, I have Federal Expressed the documents to the following non-registered participants:

Raymond P. Niro
Dean D. Niro
Sally Wiggins
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

708673