IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACK & DECKER INC. and<br>BLACK & DECKER (U.S.) INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 05-637-GMS |
| NEWELL RUBBERMAID, INC., | )<br>)<br>) | |
| Defendant. | )<br>) | |
| _____ | ) | |
| IRWIN INDUSTRIAL TOOL CO., | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 05-731-GMS |
| v. | )<br>) | |
| BLACK & DECKER (US) INC., | )<br>)<br>) | |
| Defendant. | ) | |

## STIPULATED ORDER

WHEREAS, Newell Rubbermaid, Inc. ("Newell") is the defendant in C.A. No. 05-637-GMS (the "Newell Case");

WHEREAS, Irwin Industrial Tool Co. ("Irwin") is the plaintiff in C.A. No. 05-731-GMS (the "Irwin Case");

WHEREAS, counsel have determined that Irwin, rather than Newell, is the proper defendant in the Newell Case;

WHEREAS, the parties believe that all concerned would benefit from litigating these disputes in a single case rather than two cases, that combining them via consolidation is

unnecessary given that both cases now appear to involve the same two sets of parties, that all disputes can be litigated in the first-filed Newell Case, and that the Irwin Case simply can be dismissed; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. Irwin is substituted for Newell as the sole defendant in the Newell Case, and upon entry of this stipulated order, the caption of the Newell Case shall so reflect.

2. Irwin is granted leave to amend the answer in the Newell Case within 20 days of the date of the entry of this stipulated order, not only so that it can answer the complaint as it sees fit, but so that it can assert its Irwin Case infringement claims as counterclaims in the Newell Case.

3. Upon entry of this stipulated order, the Irwin Case is dismissed without prejudice.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard L. Horwitz (#2246) |
| John G. Day (I.D. #2403) | Kenneth L. Dorsney (#3726) |
| Tiffany Geyer Lydon (I.D. #3950) | Hercules Plaza, 6th Floor |
| 222 Delaware Avenue, 17th Floor | 1313 N. Market Street |
| P.O. Box 1150 | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | Phone: 302-984-6000 |
| 302-654-1888 | rhorwitz@potteranderson.com |
| sbalick@ashby-geddes.com | kdorsney@potteranderson.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Attorneys for Newell Rubbermaid, Inc. and Irwin Industrial Tool Co.* |
| *Attorneys for Black & Decker Inc. and Black & Decker (US) Inc.* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

167039.1